Gillen, guardian, *v.* Coconut Grove Bank & Trust Co., receiver.

Russell, C. J. The evidence relied upon for injunctive relief being conflicting, denial thereof was within the discretion of the judge upon an interlocutory hearing; and under the uniform rulings of this court, the same will not be controlled upon review.

*Judgment affirmed. All the Justices concur.*

No. 7466. September 13, 1930.

164

*R. S. Wimberly,* for plaintiff.
*Hall, Grice & Bloch* and *P. O. Holliday,* for defendant.